1  ADAM GANZ, ESQ.
   Nevada Bar No. 6650
2  MARJORIE HAUF, ESQ.
   Nevada Bar No. 8111
3  CARA XIDIS, ESQ.
   Nevada Bar No. 11743
4  GANZ & HAUF
   8950 West Tropicana, Suite 1
5  Las Vegas, Nevada 89147
   Tel: (702) 598-4529
6  Fax: (702) 598-3626
7  e-file@ganzhauf.com
   *Attorneys for Plaintiffs*
8

9  **UNITED STATES DISTRICT COURT**

10 **DISTRICT OF NEVADA**

11

| | |
|---|---|
| CHRISTOPHER BURR, Individually and as Adoptive Parent and Legal Guardian of L.B., a Minor; and SUSAN HOY Guardian Ad Litem for L.B., a Minor, | CASE NO.:  2:20-cv-01101-JCM-VCF |
| Plaintiffs, | |
| vs. | |
| CLARK COUNTY DEPARTMENT OF FAMILY SERVICES; COUNTY OF CLARK, a Political Subdivision of the State of Nevada; HEATHER MUMMEY, individually, and in her official capacity; TIM BURCH, individually, and in his official capacity; ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES I through X, individually and in their official capacities; JONEL KAYE REPOLLO QUERRER, individually; DOES I through XX; and ROE CORPORATIONS I through XX, inclusive, | **STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST CLARK COUNTY DEPARTMENT OF FAMILY SERVICES, ONLY** |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between the parties hereto, by and through their respective counsel of record, that Plaintiffs' claims against Defendant Clark County Department of Family Services may be dismissed with prejudice, with each of the parties to bear their own attorney's fees and costs.



**8950 W. Tropicana Ave., #1**
**Las Vegas, NV  89147**
**Phone: (702) 598-4529**
**Fax: (702) 598-3626**

*Burr, et al v. County of Clar, et al*
Case No.: 2:20-cv-01101-JCM-VCF

Dated this 29th day of June, 2020.

GANZ & HAUF

*/s/ Marjorie Hauf*
_____
MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
CARA XIDIS, ESQ.
Nevada Bar No. 11743
8950 W. Tropicana Ave., Ste. 1
Las Vegas, Nevada 89147

Dated this 29th day of June, 2020.

WEINER LAW GROUP, LLC.

*/s/ Jason Weiner*
_____
Jason G. Weiner, Esq.
2820 W. Charleston Blvd., #35
*Las Vegas, Nevada 89102*
*Attorneys for Defendant*
*Jonel Kaye Repollo*
*Querrer*

Dated this 29th day of June, 2020.

OLSON CANNON GORMLEY & STOBERSKI

*/s/ Felicia Galati*
_____
Felicia Galati, Esq.
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
*Attorneys for Defendants*
*Clark County Department of Family Services,*
*Clark County, Heather Mummey, & Tim Burch*

    IT IS SO ORDERED.

    Dated July 2, 2020.

_____
UNITED STATES DISTRICT JUDGE



**Ganz & Hauf**
8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626