FELICIA GALATI, ESQ.
Nevada Bar No. 7341
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
fgalati@ocgas.com
Telephone: 702-384-4012
Facsimile: 702-383-0701
Attorneys for Defendants,
COUNTY OF CLARK, HEATHER MUMMEY AND TIM BURCH

UNITED STATES DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| CHRISTOPHER BURR, Individually and as Adoptive Parent and Legal Guardian of L.B., a Minor; and SUSAN HOY Guardian Ad Litem for L.B., a Minor,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY DEPARTMENT OF FAMILY SERVICES; COUNTY OF CLARK, a Political Subdivision of the State of Nevada; HEATHER MUMMEY, individually, and in her official capacity; TIM BURCH, individually, and in his official capacity; ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES I through X, individually and in their official capacities; JONEL KAYE REPOLLO QUERRER, individually; DOES I through XX; and ROE CORPORATIONS I through XX, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-01101-JCM-VCF<br><br>**STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST DEFENDANT TIM BURCH ONLY WITHOUT PREJUDICE** |

///

Plaintiffs CHRISTOPHER BURR, Individually and as Adoptive Parent and Legal Guardian of L.B., a Minor; and SUSAN HOY Guardian Ad Litem for L.B., a Minor, by and through their counsel of record, MARJORIE HAUF, ESQ., and CARA XIDIS, of H&P Law and Defendant TIM BURCH, by and through his counsel of record, FELICIA GALATI, ESQ., of the law firm OLSON CANNON GORMLEY & STOBERKI, hereby stipulate to dismiss all claims against Defendant TIM BURCH only, in the above-entitled matter, without prejudice, with each party to bear their own fees and costs incurred herein.

This dismissal is based solely on information Defendant's Counsel's received and provided to Plaintiffs that Defendant, TIM BURCH, was not employed with the County at the time of the incidents alleged in Plaintiffs' Complaint and was not involved in said incidents. In the event this representation is incorrect, Plaintiff may bring Mr. Burch back into the matter with the statute of limitations relating back to the original date of filing.

Dated this 24th of July, 2020.                                  Dated this 24th of July, 2020.

H&P LAW                                                        OLSON CANNON GORMLEY & STOBERKI

 /s/ Marjorie Hauf, Esq.                                        /s/ Felicia Galati, Esq.
MARJORIE HAUF, ESQ.                                            FELICIA GALATI, ESQ.
Nevada Bar No. 8111                                            NEVADA BAR No. 7341
CARA XIDIS, ESQ.                                               9950 W. Cheyenne Avenue
Nevada Bar No. 11743                                           Las Vegas, Nevada 89129
8950 West Tropicana, Suite 1                                   Attorneys for Defendants
Las Vegas, Nevada 89147                                        COUNTY OF CLARK, HEATHER
Attorneys for Plaintiffs                                       MUMMEY AND TIM BURCH

IT IS SO ORDERED.

DATED  July 27, 2020.

_____
THE HONORABLE JAMES C. MAHAN
United States District Judge