Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Cara Xidis, Esq.
Nevada Bar No.: 11743
H&P LAW
8950 W Tropicana Ave., #1
Las Vegas, NV 89147
702 598 4529 TEL
702 598 3626 FAX
e-file@courtroomproven.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| **Christopher Burr**, Individually and as Adoptive Parent and Legal Guardian of L.B., a Minor; and **Susan Hoy** Guardian Ad Litem for L.B., a Minor,<br><br>Plaintiff,<br><br>vs.<br><br>**Clark County Department of Family Services; County of Clark**, a Political Subdivision of the State of Nevada; **Heather Mummey**, individually, and in her official capacity; **Tim Burch**, individually, and in his official capacity; Roe **Clark County Department of Family Services Employees** I through X, individually and in their official capacities; **Jonel Kaye Repollo Querrer**, individually; Does I through XX; and Roe **Corporations** I through XX, inclusive,<br><br>Defendants. | Case No.: 2:20-CV-01101-JCM-EJY<br><br><br>**Stipulation and [Proposed] Order to Extend Deadline for Plaintiff to File Opposition to Defendant County of Clark and Heather Mummey's Countermotion to Strike and for Sanctions**<br><br>**(1st Request)** |

IT IS HEREBY STIPULATED by the parties hereto, by and through their counsel of record, that the time for Plaintiffs to file their opposition to Defendant Clark County and Heather Mummey's Countermotion to Strike and for Sanctions (ECF No. 42), be extended from March 30, 2022, to April 1, 2022.

This is Plaintiffs' first request for an extension and this stipulation is submitted in

1  good faith without the purpose of undue delay.

2

3  Dated this 30th day of March, 2022.          Dated this 30th day of March, 2022.

4  H&P LAW                                       ROGERS  MASTRANGELO  CARVALHO
                                                 & MITCHELL

5   /s/ Marjorie Hauf                             /s/ Felicia Galati

6  _____                   _____
   Marjorie Hauf, Esq.                           Felicia Galati, Esq.
7  Nevada Bar No. 8111                           Nevada Bar No. 7341
   Cara Xidis, Esq.                              *Attorneys for Defendants*
8  Nevada Bar No. 11743                          *Clark County and*
   *Attorneys for Plaintiffs*                     *Heather Mummey*
9

10

11

12

13                                               **ORDER**

14      IT IS SO ORDERED.

15                                               _____
16                                               U.S. MAGISTRATE JUDGE

17                                                  Dated:  March 30, 2022

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER