UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRISTOPHER BURR, individually and as adoptive parent and legal guardian of L.B., a minor; and SUAN HOY guardian ad litem for L.B., a minor,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY DEPARTMENT OF FAMILY SERVICES; COUNTY OF CLARK, a political subdivision of the State of Nevada; HEATHER MUMMEY, individually and in her official capacity; TIM BURCH, individually and in his official capacity; ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES I through X, individually and in their official capacities; JONEL KAYE REPOLLO QUERRER, individually; DOES I through XX; and ROE CORPORATIONS I through XX, inclusive,<br><br>Defendants. | Case No. 2:20-cv-001101-JCM-EJY<br><br>**ORDER** |

Pending before the Court is Defendants' Clark County and Heather Mummey's Motion for Leave to File Exhibits Under Seal in Support of Motion to Compel L.B.'s Psychological and Neuropsychological Examination. ECF No. 36. No opposition to this Motion was filed.

"Historically, courts have recognized a general right to inspect and copy public records and documents, including judicial records and documents." *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (internal quotation marks and citation omitted). As the party seeking to seal a judicial record, Defendants must meet their burden of overcoming the strong presumption in favor of access and public policies favoring disclosure. *Id.* at 1178-79 (holding that those who seek to maintain the secrecy of documents attached to non-dispositive motions must demonstrate "good cause" supporting secrecy). Here, the records at issue are medical and highly personal to L.B. They are records traditionally protected under HIPAA and disclosed pursuant to

1

1  the Protective Order in this Case.  The Court finds good cause for sealing the exhibits Defendants
2  attach to their Motion to Compel.
3        Accordingly, IT IS HEREBY ORDERED that Defendants' Clark County and Heather
4  Mummey's Motion for Leave to File Exhibits Under Seal in Support of Motion to Compel L.B.'s
5  Psychological and Neuropsychological Examination (ECF No. 36) is GRANTED.
6        IT IS FURTHER ORDERED that Exhibits A, C, D, E, F, G, H, I, J, and O are and shall
7  remain sealed.
8        Dated this 27th day of April, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE