UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRISTOPHER BURR, individually and as adoptive parent and legal guardian of L.B., a minor; and SUAN HOY guardian ad litem for L.B., a minor,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY DEPARTMENT OF FAMILY SERVICES; COUNTY OF CLARK, a political subdivision of the State of Nevada; HEATHER MUMMEY, individually and in her official capacity; TIM BURCH, individually and in his official capacity; ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES I through X, individually and in their official capacities; JONEL KAYE REPOLLO QUERRER, individually; DOES I through XX; and ROE CORPORATIONS I through XX, inclusive,<br><br>Defendants. | Case No. 2:20-cv-001101-JCM-EJY<br><br>**ORDER** |

Pending before the Court are Defendants' Clark County and Heather Mummey's Motion for Leave to File Exhibits Under Seal in Support of Reply to Plaintiff's Opposition to Motion to Compel L.B.'s Psychological and Neuropsychological Examination and Countermotion to Strike and For Sanctions (ECF No. 41) and Reply to Plaintiff's Opposition to Countermotion to Strike and for Sanctions (ECF No. 50).

As stated in the Court's Order regarding medical records pertaining to L.B., the Court finds Exhibit P filed in Support of the Reply to Plaintiff's Opposition to Motion to Compel contains similarly sensitive information traditionally protected under HIPAA and the Protective Order entered in this case.  Exhibit Q is an appendix of documents reviewed by Defendants' Expert in another case that is also appropriately sealed.  Likewise, Exhibit S filed in support of Defendants' Reply to Plaintiff's Opposition to Countermotion to Strike and For Sanctions is properly sealed.

1  Accordingly, IT IS HEREBY ORDERED that Defendants' Clark County and Heather Mummey's Motion for Leave to File Exhibits Under Seal in Support of Reply to Plaintiff's Opposition to Motion to Compel L.B.'s Psychological and Neuropsychological Examination and Countermotion to Strike and For Sanctions (ECF No. 41) and Reply to Plaintiff's Opposition to Countermotion to Strike and for Sanctions (ECF No. 50) are GRANTED.

IT IS FURTHER ORDERED that Exhibits P and Q filed at ECF Nos. 43 and 43-1 are and shall remain sealed.

IT IS FURTHER ORDERED that Exhibit S filed at ECF No. 51 is and shall remain sealed.

Dated this 27th day of April, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE