1  FELICIA GALATI, ESQ.
   Nevada Bar No. 7341
2  OLSON CANNON GORMLEY & STOBERSKI
3  9950 West Cheyenne Avenue
   Las Vegas, NV 89129
4  fgalati@ocgas.com
   Telephone: 702-384-4012
5  Facsimile:  702-383-0701
6  Attorneys for Defendants,
   COUNTY OF CLARK and
7  HEATHER MUMMEY

8

9                    **UNITED STATES DISTRICT COURT**

10                           **DISTRICT OF NEVADA**

11

| | |
|---|---|
| CHRISTOPHER BURR, Individually and as Adoptive Parent and Legal Guardian of L.B., a Minor; and SUSAN HOY Guardian Ad Litem for L.B., a Minor, | CASE NO. 2:20-CV-01101-JCM-VCF |
| Plaintiffs, | |
| v. | |
| CLARK COUNTY DEPARTMENT OF FAMILY SERVICES; COUNTY OF CLARK, a Political Subdivision of the State of Nevada; HEATHER MUMMEY, individually, and in her official capacity; TIM BURCH, individually, and in his official capacity; ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES I through X, individually and in their official capacities; JONEL KAYE REPOLLO QUERRER, individually; DOES I through XX; and ROE CORPORATIONS I through XX, inclusive, | **STIPULATION AND ORDER TO EXTEND OBJECTION RESPONSE TIME (FIRST REQUEST)** |
| Defendants. | |

///

1

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by and through their respective counsel of record, that Defendants COUNTY OF CLARK and HEATHER MUMMEY shall have until June 10, 2022 to file their Response to Plaintiff's Objection to Magistrate Judge's Order (Docket No. 56).

DATED this 27th day of May, 2022.

| | |
|---|---|
| H & P LAW | OLSON CANNON GORMLEY STOBERSKI |
| /s/Cara Xidis, Esq. | |
| _____ | _____ |
| Marjorie Hauf, Esq.<br>Nevada Bar No. 8111<br>Cara Xidis, Esq.<br>Nevada Bar No. 11743<br>8950 West Tropicana Avenue, Suite 1<br>Las Vegas, NV 89147<br>Attorneys for Plaintiffs | FELICIA GALATI, ESQ.<br>Nevada Bar No. 7341<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129<br>Attorneys for Defendants<br>COUNTY OF CLARK and<br>HEATHER MUMMEY |

**IT IS SO ORDERED.**

Date May 31st, 2022

_____
United States Magistrate Judge

2