Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Cara Xidis, Esq.
Nevada Bar No.: 11743
H&P LAW
8950 W Tropicana Ave., #1
Las Vegas, NV 89147
702 598 4529 TEL
702 598 3626 FAX
e-file@courtroomproven.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| **Christopher Burr**, Individually and as Adoptive Parent and Legal Guardian of L.B., a Minor; and **Susan Hoy** Guardian Ad Litem for L.B., a Minor,<br><br>Plaintiff,<br><br>vs.<br><br>Clark County Department of Family Services; **County of Clark**, a Political Subdivision of the State of Nevada; **Heather Mummey**, individually, and in her official capacity; Tim Burch, individually, and in his official capacity; Roe Clark County Department of Family Services Employees I through X, individually and in their official capacities; **Jonel Kaye Repollo Querrer**, individually; Does I through XX; and Roe Corporations I through XX, inclusive,<br><br>Defendants. | Case No.: 2:20-CV-01101-JCM-EJY<br><br>**Stipulation and Order to Extend Deadline for Plaintiff to File Opposition to Defendants County of Clark and Heather Mummey's Motion for Summary Judgment (ECF No. 73)**<br><br>**(1st Request)** |

IT IS HEREBY STIPULATED by the parties hereto, by and through their counsel of record, that the time for Plaintiffs to file their opposition to Defendants Clark County and Heather Mummey's Motion for Summary Judgment (ECF No. 73), be extended from February 13, 2023, to February 23, 2023.

Plaintiffs' counsel currently has oppositions to five separate Motions for

Summary Judgment in various cases due on February 13, 2023, resulting in an unusually heavy calendar and insufficient time to prepare a meaningful response to Defendants' Motion for Summary Judgment.

    This is Plaintiffs' first request for an extension and this stipulation is submitted in good faith without the purpose of undue delay.

| Dated this 10th day of February, 2023. | Dated this 10th day of February, 2023. |
|---|---|
| H&P LAW | ROGERS MASTRANGELO CARVALHO & MITCHELL |
| /s/ Marjorie Hauf | /s/ Felicia Galati |
| Marjorie Hauf, Esq.<br>Nevada Bar No. 8111<br>Cara Xidis, Esq.<br>Nevada Bar No. 11743<br>*Attorneys for Plaintiffs* | Felicia Galati, Esq.<br>Nevada Bar No. 7341<br>*Attorneys for Defendants Clark County and Heather Mummey* |

## **ORDER**

It is so ordered February 10, 2023.

_____
U.S. DISTRICT COURT JUDGE