Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Cara Xidis, Esq.
Nevada Bar No.: 11743
H&P LAW
710 S. 9th Street
Las Vegas, NV 89101
702 598 4529 TEL
702 598 3626 FAX
e-file@courtroomproven.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| **Christopher Burr**, Individually and as Adoptive Parent and Legal Guardian of L.B., a Minor; and **Susan Hoy** Guardian Ad Litem for L.B., a Minor,<br><br>Plaintiff,<br><br>vs.<br><br>Clark County Department of Family Services; **County of Clark**, a Political Subdivision of the State of Nevada; **Heather Mummey**, individually, and in her official capacity; Tim Burch, individually, and in his official capacity; Roe Clark County Department of Family Services Employees I through X, individually and in their official capacities; **Jonel Kaye Repollo Querrer**, individually; Does I through XX; and Roe Corporations I through XX, inclusive,<br><br>Defendants. | Case No.: 2:20-CV-01101-JCM-EJY<br><br>**Stipulation and Order to Extend Deadline for Plaintiff to File Opposition to Defendants County of Clark and Heather Mummey's Motion for Summary Judgment (ECF No. 73)**<br><br>**(2nd Request)** |

IT IS HEREBY STIPULATED by the parties hereto, by and through their counsel of record, that the time for Plaintiffs to file their opposition to Defendants Clark County and Heather Mummey's Motion for Summary Judgment (ECF No. 73), be extended from February 23, 2023, to February 24, 2023.

Plaintiffs' counsel has been experiencing technical difficulties interfering with the

ability to compile the exhibits necessary for the opposition necessitating this request.

This is Plaintiffs' second request for an extension and this stipulation is submitted in good faith without the purpose of undue delay.

Dated this 22nd day of February, 2023.

H&P LAW

/s/ Cara Xidis
_____
Marjorie Hauf, Esq.
Nevada Bar No. 8111
Cara Xidis, Esq.
Nevada Bar No. 11743
*Attorneys for Plaintiffs*

Dated this 22nd day of February, 2023.

ROGERS MASTRANGELO CARVALHO & MITCHELL

/s/ Felicia Galati
_____
Felicia Galati, Esq.
Nevada Bar No. 7341
*Attorneys for Defendants Clark County and Heather Mummey*

## ORDER

It is so ordered  February 23, 2023.

_____
UNITED STATES DISTRICT JUDGE

- 2 -

STIPULATION AND ORDER