1  FELICIA GALATI, ESQ.
   Nevada Bar No. 7341
2  OLSON CANNON GORMLEY & STOBERSKI
3  9950 West Cheyenne Avenue
   Las Vegas, NV 89129
4  fgalati@ocgas.com
   Telephone: 702-384-4012
5  Facsimile:  702-383-0701
6  Attorneys for Defendants,
   COUNTY OF CLARK and
7  HEATHER MUMMEY

8

9              **UNITED STATES DISTRICT COURT**

10                    **DISTRICT OF NEVADA**

11

| | |
|---|---|
| CHRISTOPHER BURR, Individually and as Adoptive Parent and Legal Guardian of L.B., a Minor; and SUSAN HOY Guardian Ad Litem for L.B., a Minor,<br><br>                                    Plaintiffs,<br><br>v.<br><br>CLARK COUNTY DEPARTMENT OF FAMILY SERVICES; COUNTY OF CLARK, a Political Subdivision of the State of Nevada; HEATHER MUMMEY, individually, and in her official capacity; TIM BURCH, individually, and in his official capacity; ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES I through X, individually and in their official capacities; JONEL KAYE REPOLLO QUERRER, individually; DOES I through XX; and ROE CORPORATIONS I through XX, inclusive,<br><br>                                    Defendants. | CASE NO. 2:20-CV-01101-JCM-VCF<br><br><br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE TO PLAINTIFF'S OPPOSITION TO DEFENDANTS COUNTY OF CLARK AND HEATHER MUMMEY'S MOTION FOR SUMMARY JUDGMENT (ECF No. 82) (FIRST REQUEST)** |

///

1

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by and through their respective counsel of record, that Defendants COUNTY OF CLARK and HEATHER MUMMEY shall have until March 17, 2023 to file their Response to Plaintiff's Opposition to Defendants County of Clark and Heather Mummey's Motion for Summary Judgment (Docket No. 82), including because Defendants' counsel is out of state between March 6 and 9, 2023 and Plaintiffs' Opposition and Exhibits are 2,389 pages in length and Defendants' counsel cannot complete the Reply by the current March 10, 2023 deadline.

DATED this 3rd day of March, 2023.

| H & P LAW | OLSON CANNON GORMLEY STOBERSKI |
|---|---|
| /s/ Cara Xidis, Esq.<br>_____<br>Marjorie Hauf, Esq.<br>Nevada Bar No. 8111<br>Cara Xidis, Esq.<br>Nevada Bar No. 11743<br>8950 West Tropicana Avenue, Suite 1<br>Las Vegas, NV 89147<br>Attorneys for Plaintiffs | /s/ F. Galati<br>_____<br>FELICIA GALATI, ESQ.<br>Nevada Bar No. 7341<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129<br>Attorneys for Defendants<br>COUNTY OF CLARK and<br>HEATHER MUMMEY |

**IT IS SO ORDERED.**

Date  March 3, 2023        _____
                           United States District Judge

2