FRANK A. GALATI, ESQ.
Nevada Bar No. 7341
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
fgalati@ocgas.com

_____

Telephone: 702-384-4012
Facsimile:  702-383-0701
Attorneys for Defendants,
COUNTY OF CLARK and
HEATHER MUMMEY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CHRISTOPHER BURR, Individually and as Adoptive Parent and Legal Guardian of L.B., a Minor; and SUSAN HOY Guardian Ad Litem for L.B., a Minor,

Plaintiffs,

v.

CLARK COUNTY DEPARTMENT OF FAMILY SERVICES; COUNTY OF CLARK, a Political Subdivision of the State of Nevada; HEATHER MUMMEY, individually, and in her official capacity; TIM BURCH, individually, and in his official capacity; ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES I through X, individually and in their official capacities; JONEL KAYE REPOLLO QUERRER, individually; DOES I through XX; and ROE CORPORATIONS I through XX, inclusive,

Defendants.

CASE NO. 2:20-CV-01101-JCM-VCF

**STIPULATION AND ORDER TO EXTEND RESPONSE TO PLAINTIFF'S OPPOSITION TO DEFENDANTS COUNTY OF CLARK AND HEATHER MUMMEY'S MOTION FOR SUMMARY JUDGMENT (ECF No. 82) (SECOND REQUEST)**

///

1

1    **IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by

2  and through their respective counsel of record, that Defendants COUNTY OF CLARK and

3  HEATHER MUMMEY shall have until March 20, 2023 to file their Response to

4
5  Plaintiff's Opposition to Defendants County of Clark and Heather Mummey's Motion for

6  Summary Judgment (Docket No. 82), including because Defendants' counsel has family

7  medical procedure obligations on March 17, 2023 and is not able to complete the Reply

8  and necessary exhibits by the current March 17, 2023 deadline.

9

10
   DATED this 15th  day of March, 2023.
11

12   H & P LAW                                   OLSON CANNON GORMLEY
                                                  STOBERSKI
13   */s/ Cara Xidis*

14   _____
     Marjorie Hauf, Esq.                         _____
15   Nevada Bar No. 8111                         FELICIA GALATI, ESQ.
     Cara Xidis, Esq.                            Nevada Bar No. 7341
16   Nevada Bar No. 11743                        9950 West Cheyenne Avenue
     8950 West Tropicana Avenue, Suite 1         Las Vegas, NV 89129
17   Las Vegas, NV 89147                         Attorneys for Defendants
     Attorneys for Plaintiffs                    COUNTY OF CLARK and
18                                               HEATHER MUMMEY

19

20

21
       **IT IS SO ORDERED.**
22

23

24   Date _March 15, 2023_____      _____
                                     UNITED STATES DISTRICT JUDGE
25

26

27

28                                2