UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRISTOPHER BURR, individually and as adoptive parent and legal guardian of L.B., a minor; and SUAN HOY guardian ad litem for L.B., a minor,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY DEPARTMENT OF FAMILY SERVICES; COUNTY OF CLARK, a political subdivision of the State of Nevada; HEATHER MUMMEY, individually and in her official capacity; TIM BURCH, individually and in his official capacity; ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES I through X, individually and in their official capacities; JONEL KAYE REPOLLO QUERRER, individually; DOES I through XX; and ROE CORPORATIONS I through XX, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01101-JCM-EJY<br><br>**ORDER** |

Before the Court is Defendants County of Clark and Heather Mummey's Motion for Leave to File Exhibits in Support of Reply to Plaintiffs' Opposition to Motion for Summary Judgment Under Seal. ECF No. 95.

The Motion seeks leave to file Exhibits XX, ZZ, and AAA through OOO, referenced in Defendants' Reply in support of Summary Judgment. Defendants describe each exhibit and provides the basis for their request with which the Court agrees.

While courts historically "recognized a general right to inspect and copy public records and documents, including judicial records and documents" there are compelling reasons that overcome this right. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). The court must weigh relevant factors including "the public interest in understanding the judicial process and whether disclosure of the material could result in improper use of the material for scandalous or libelous purposes or infringement upon trade secrets." *Williams v. Nevada Dep't of Corr.*, 2014 WL

3734287, at *1 (D. Nev. July 29, 2014) *citing Pintos v. Pacific Creditors Ass'n*, 605 F.3d 665, 679 n.6 (9th Cir. 2010). Here, the relevant factors include the nature of information and individuals whose information is the subject matter of the proposed sealed documents, both of which support sealing the Exhibits.

Accordingly, IT IS HEREBY ORDERED that Defendants County of Clark and Heather Mummey's Motion for Leave to File Exhibits in Support of Reply to Plaintiffs' Opposition to Motion for Summary Judgment Under Seal (ECF No. 95) is GRANTED.

IT IS FURTHER ORDERED that Exhibits XX, ZZ, and AAA through OOO to Defendants' Reply in support of their Motion for Summary Judgement are and shall remain sealed.

Dated this 21st day of March, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE