WEINER LAW GROUP, LLC.
Jason G. Weiner, Esq.
Nevada Bar No. 7555
2820 W. Charleston Blvd., #35
Las Vegas, Nevada 89102
Phone: (702) 202-0500
Fax: (702) 202-4999
jweiner@weinerlawnevada.com
Attorney for Defendant
JONEL KAYE REPOLLO QUERRER

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| CHRISTOPHER BURR, Individually and as Adoptive Parent and Legal Guardian of L.B., a Minor; AND SUSAN HOY, Guardian Ad Litem for L.B., A Minor,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY DEPARTMENT OF FAMILY SERVICES; COUNTY OF CLARK, a political subdivision of the State of Nevada; HEATHER MUMMEY, individually, and in her official capacity; TIM BURCH, individually, and in his official capacity; ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYESS I through X, individually, and in their official capacities; JONEL KAYE REPOLLO QUERRER, individually; DOES I through XX; and ROECORPORATIONS I through XX, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-01101-JCM-VCF<br><br><br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE TO PLAINTIFF'S MOTION TO STRIKE AND OPPOSITION TO DEFENDANT QUERRER'S PARTIAL JOINDER TO DEFENDANTS COUNTY OF CLARK AND HEATHER MUMMEY'S MOTION FOR SUMMARY JUDGEMENT** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by and through their respective counsel of record, that Defendant JONEL KAYE REPOLLO QUERRER shall have until April 7, 2023 to file their Response to Plaintiff's Motion to Strike

1

And Opposition to Defendant Querrer's Partial Joinder to Defendants County of Clark and Heather Mummey's Motion for Summary Judgement (Docket No. 90), because Defendant's counsel has several other obligations on his docket as well as a major religious holiday that requires preparation and is not able to complete the Reply and necessary exhibits by the current March 31, 2023 deadline.

DATED 30th day of March, 2023.

| WEINER LAW GROUP | H & P LAW |
|---|---|
| /s/ Jason G. Weiner, Esq | /s/wp/ Cara Xidis, Esq. |
| Jason G. Weiner, Esq | Marjorie Hauf, Esq. |
| Nevada Bar No. | Nevada Bar No. 8111 |
| 2820 W Charleston Blvd Ste 35 | Cara Xidis, Esq. |
| Las Vegas, NV 89102 | Nevada Bar No. 11743 |
| Attorney for Defendant Jonel Querrer | 8950 West Tropicana Avenue Ste 1 |
| | Las Vegas, NV 89147 |
| | Attorneys for Plaintiffs |

**IT IS SO ORDERED.**

Date  March 31, 2023

_____
United States District Judge

# Litigation

| | |
|---|---|
| **From:** | Cara Xidis <Cxidis@CourtRoomProven.com> |
| **Sent:** | Wednesday, March 29, 2023 5:08 PM |
| **To:** | Litigation |
| **Cc:** | Duncan Bjerke; Jason Weiner |
| **Subject:** | Re: Burr v. Clark County |

You may e-sign for me.

Cara

Sent from my iPhone

> On Mar 29, 2023, at 4:48 PM, Litigation <litigation@weinerlawnevada.com> wrote:
>
> Hello,
>
> Please see the attached Proposed Stip to Extend for our response. Please let me know if you have any questions or concerns. Thank you!
>
> Best regards,
>
> Brittany Cunningham
> Paralegal
> Weiner Law Group
> 2820 W. Charleston #35
> Las Vegas, NV 89102
> Tel: (702) 202-0500
> Fax: (702) 202-4999
>
> NOTICE: This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information.  If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.  If you have received this e-mail in error, please notify me via return e-mail and via telephone at 702-202-0500 and permanently delete the original and any copy of any e-mail and any printout thereof. Please be advised that there is a risk a third party can gain access when sending or receiving electronic communications using a computer or other device, or e-mail account.
>
> <image002.png>
>
> **From:** Jason Weiner <jweiner@weinerlawnevada.com>
> **Sent:** Wednesday, March 29, 2023 3:38 PM
> **To:** Cara Xidis <Cxidis@courtroomproven.com>
> **Cc:** Felicia Galati <fgalati@ocgas.com>; Litigation <litigation@weinerlawnevada.com>
> **Subject:** Burr v. Clark County
>
> Ms. Xidis,

Would you object to a one week continuance of the deadline for my reply? Between my Court schedule and getting ready for the holiday next week I have been a little pressed for time. Thank you.

*Jason G. Weiner, Esq.*
*WEINER LAW GROUP, LLC*
*2820 W. Charleston Avenue #35*
*Las Vegas, Nevada  89102*
*Office:  (702) 202-0500*
*Facsimile:  (702) 202-4999*
*[jweiner@weinerlawnevada.com](mailto:jweiner@weinerlawnevada.com)*
*<image003.jpg>*

<2023.03.29 Proposed Stip to Extend Time Def Querrer's Rsp to Plt's Opp.doc>