1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

CHRISTOPHER BURR, Individually and as
Adoptive Parent and Legal Guardian of L.B., a
Minor; and SUSAN HOY Guardian Ad Litem
for L.B., a Minor,

        Plaintiff,

    v.

CLARK COUNTY DEPARTMENT OF
FAMILY SERVICES; COUNTY OF CLARK,
a Political Subdivision of the State of Nevada;
HEATHER MUMMEY, individually, and in
her official capacity; TIM BURCH,
individually, and in his official capacity; ROE
CLARK COUNTY DEPARTMENT OF
FAMILY SERVICES EMPLOYEES I through
X, individually and in their official capacities;
JONEL KAYE REPOLLO QUERRER,
individually; DOES I through XX; and ROE
CORPORATIONS I through XX, inclusive,

        Defendants.

Case No. 2:20-cv-01101-JCM-EJY

**ORDER**

Pending before the Court is Defendants County of Clark and Heather Mummey's Motion for
Leave to File Exhibits Under Seal (ECF No. 111). Defendants seek leave to file Exhibits E and G
referenced in their Response to Plaintiffs' Objection to Defendants' Bill of Costs (ECF No. 110)
under seal. Defendants state these documents contain "portions of UMC Medical Records that are
HIPAA-protected and confidential." *Id.* at 2.

As the party seeking to seal a judicial record Defendants must meet their burden of
overcoming the strong presumption in favor of access and public policies favoring disclosure.
*Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006) (holding that
those who seek to maintain the secrecy of documents attached to dispositive motions must meet the
high threshold of showing that "compelling reasons" support secrecy). Where a party seeks to seal
documents attached to a non-dispositive motion, the "public policies that support the right of access
to dispositive motions … do not apply with equal force … ." *Id.* at 1179 (citation omitted).

1    Importantly, medical privacy meets the compelling reason standard.  *See, e.g.*, *San Ramon*

2    *Regional Med. Ctr., Inc. v. Principal Life Ins. Co.*, 2011 WL89931, at \*n. 1 (N.D. Cal. Jan. 10,

3    2011); *Abbey v. Hawaii Employers Mut. Ins. Co.*, 2010 WL4715793, at \*1–2 (D.HI. Nov. 15, 2010);

4    *G. v. Hawaii*, 2010 WL 267483, at \*1–2 (D. HI. June 25, 2010); *Wilkins v. Ahern*, 2010 WL3755654

5    (N.D. Cal. Sept. 24, 2010); *Lombardi v. Tri West Healthcare Alliance Corp.*, 2009 WL 1212170, at

6    \*1 (D. Ariz. May 4, 2009); *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1136 (9th Cir.

7    2003).  The Court considered the Motion and the documents sought to be sealed, which are medical

8    records.  The Court therefore finds Exhibits E and G are properly sealed.

9    Accordingly, IT IS HEREBY ORDERED that Defendants County of Clark and Heather

10    Mummey's Motion for Leave to File Exhibits Under Seal (ECF No. 111) is GRANTED.

11    IT IS FURTHER ORDERED that Exhibits E and G (ECF No. 112) are and shall remain

12    sealed.

13    DATED this 11th day of October, 2023.

14

15    _____

16    ELAYNA J. YOUCHAH
      UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

2