```
Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Cara Xidis, Esq.
Nevada Bar No.: 11743
H&P LAW
710 S. 9th Street
Las Vegas, NV 89101
702 598 4529 TEL
702 598 3626 FAX
e-file@courtroomproven.com
Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| **Christopher Burr**, Individually and as Adoptive Parent and Legal Guardian of L.B., a Minor; and **Susan Hoy** Guardian Ad Litem for L.B., a Minor,<br><br>Plaintiff,<br><br>vs.<br><br>Clark County Department of Family Services; **County of Clark**, a Political Subdivision of the State of Nevada; Heather Mummey, individually, and in her official capacity; Tim Burch, individually, and in his official capacity; Roe Clark County Department of Family Services Employees I through X, individually and in their official capacities; **Jonel Kaye Repollo Querrer**, individually; Does I through XX; and Roe Corporations I through XX, inclusive,<br><br>Defendants. | Case No.: 2:20-CV-01101-JCM-EJY<br><br>**Stipulation and [Proposed] Order to Extend Deadline for the Parties to Submit the Joint Pretrial Order**<br><br>**(1st Request)** |

  WHEREAS all of the federal court claims in this matter were dismissed on summary judgment (ECF No. 103), leaving only state negligence claims remaining;

  WHEREAS Plaintiffs filed a Motion for Remand (ECF No. 106) on September 26, 2023; and

  WHEREAS the Motion for Remand was unopposed and the parties anticipate an

order to be entered remanding the case back to state court;

IT IS HEREBY STIPULATED by the parties hereto, by and through their counsel of record, that the time to file their Joint Pretrial Order, be extended from October 12, 2023, to fourteen (14) days after the entry of the order on the Motion for Remand.

This is the parties' first request for an extension and this stipulation is submitted in good faith without the purpose of undue delay.

Dated this 11th day of October, 2023.　　　　　Dated this 11th day of October, 2023.

H&P LAW　　　　　　　　　　　　　　　　　　WEINER LAW GROUP, LLC

/s/ Marjorie Hauf　　　　　　　　　　　　　　/s/ Jason Weiner

Marjorie Hauf, Esq.　　　　　　　　　　　　　Jason G. Weiner, Esq.
Nevada Bar No. 8111　　　　　　　　　　　　　Nevada Bar No.: 7555
Cara Xidis, Esq.　　　　　　　　　　　　　　　*Attorney for Defendant,*
Nevada Bar No. 11743　　　　　　　　　　　　*Jonel Kaye Repollo Querrer*
*Attorneys for Plaintiffs*

Dated this 11th day of October, 2023.

OLSON CANNON GORMLEY & STOBERSKI

/s/ Felicia Galati

Felicia Galati, Esq.
Nevada Bar No.: 7341
*Attorney for Defendant,*
*County of Clark*

**ORDER**

It is so ordered.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: October 11, 2023