1 FELICIA GALATI, ESQ.
Nevada Bar No. 7341
2 OLSON CANNON GORMLEY & STOBERSKI
3 9950 West Cheyenne Avenue
Las Vegas, NV 89129
4 fgalati@ocgas.com
Telephone: 702-384-4012
5 Facsimile:  702-383-0701
6 Attorneys for Defendants
COUNTY OF CLARK and
7 HEATHER MUMMEY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER BURR, Individually and as Adoptive Parent and Legal Guardian of L.B., a Minor; and SUSAN HOY Guardian Ad Litem for L.B., a Minor,<br><br>                                    Plaintiffs,<br><br>v.<br><br>CLARK COUNTY DEPARTMENT OF FAMILY SERVICES; COUNTY OF CLARK, a Political Subdivision of the State of Nevada; HEATHER MUMMEY, individually, and in her official capacity; TIM BURCH, individually, and in his official capacity; ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES I through X, individually and in their official capacities; JONEL KAYE REPOLLO QUERRER, individually; DOES I through XX; and ROE CORPORATIONS I through XX, inclusive,<br><br>                                    Defendants. | CASE NO. 2:20-CV-01101-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR ATTORNEY'S FEES AND NONTAXABLE COSTS (ECF No. 108)**<br><br>**(FIRST REQUEST)** |

///

///

1

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by and through their respective counsel of record, that Defendants COUNTY OF CLARK and HEATHER MUMMEY shall have until October 20, 2023 to file their Reply to Plaintiffs' Opposition to Defendants' Motion for Attorney's Fees and Nontaxable Costs (ECF No. 108).

DATED this 12th day of October, 2023.

| H & P LAW | OLSON CANNON GORMLEY STOBERSKI |
|---|---|
| */s/ Cara Xidis, Esq.*<br>_____<br>MARJORIE HAUF, ESQ.<br>Nevada Bar No. 8111<br>CARA XIDIS, ESQ.<br>Nevada Bar No. 11743<br>710 S. 9th Street<br>Las Vegas, NV 89101<br>Attorneys for Plaintiffs | *[signature]*<br>_____<br>FELICIA GALATI, ESQ.<br>Nevada Bar No. 7341<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129<br>Attorneys for Defendants<br>COUNTY OF CLARK and<br>HEATHER MUMMEY |

**IT IS SO ORDERED.**

Date  October 12, 2023                    _____
                                          United States Magistrate Judge

2