1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

CHRISTOPHER BURR, et al.,

                              Plaintiff(s),

        v.

CLARK COUNTY DEPARTMENT OF
FAMILY SERVICES, et al.,

                              Defendant(s).

Case No. 2:20-CV-1101 JCM (EJY)

ORDER

        Presently before the court is plaintiffs Christopher Burr and Susan Hoy (collectively, "plaintiffs")'s motion to remand this case to state court.  (ECF No. 106).  Defendants Heather Mummey ("Mummey"), Jonel Kaye Querrer, and County of Clark ("County") (collectively, "defendants") did not file a response to plaintiffs' motion.

        On September 12, 2023, this court granted in part and denied in part Mummey and County's motion for summary judgment.  (ECF No. 103).  The court granted summary judgment as to plaintiffs' §1983 claims against Mummey and County and denied summary judgment as to plaintiffs' negligence claim against County.  (*Id.* at 11-12).  Accordingly, no federal claims remain in this action.

        Local Rule 7-2 elucidates that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion."  LR 7-2(d).

James C. Mahan
U.S. District Judge

1  Plaintiffs filed their motion to remand on September 26, 2023. (ECF No. 106).

2  Defendants had until October 10, 2023, to respond to the motion, but they failed to do so.

3  Accordingly,

4

5  IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiffs Christopher

6  Burr and Susan Hoy's motion to remand this case to state court (ECF No. 106) be, and the same

7  hereby is, GRANTED.

8  The clerk shall enter judgment and close this case.[1]

9  DATED February 28, 2024.

10

11  _____

12  UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  _____

28  [1] The court's order on defendants' motion for attorney's fees (ECF No. 105) is forthcoming.

James C. Mahan
U.S. District Judge

- 2 -